THE STATE EX REL. COMBS, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Combs v. Indus. Comm.*
(2000), 87 Ohio St.3d 451.]

(No. 99–839—Submitted November 16, 1999—Decided January 12, 2000.)

*Hochman & Roach Co., L.P.A.,* and *Theresa M. Muhic,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Stephen D. Plymale,* Assistant
Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ.,
concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of
appeals.